IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| PAUL DAVIS, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:24-cv-00674-O |
| § | |
| JEFFREY LEACH, LYNN MARIE § | |
| JOHNSON, WHITNEY DAVIS, § | |
| JONATHAN CONE, EGGLESTON § | |
| KING DAVIS LLP, AND LILA § | |
| DEAKLE, § | |
| § | |
| Defendant. § | |

# ORDER

Before the Court is Parties' Joint Motion for Entry of Briefing Schedule for Defendants' Answers/Responsive Pleadings to Plaintiff's Second Amended Complaint, Plaintiff's Responses to Defendants' Answers/Responsive Pleadings, and Defendants' Replies to Plaintiff's Responses (ECF No. 33), filed on October 23, 2024. Noting that the motion is a joint motion, the Court finds good cause to **GRANT** motion.

Defendants must file their Answers/Responsive Pleadings to Plaintiff's Second Amended Complaint by **November 22, 2024**; Plaintiff must file his Responses to Defendants' Answers/Responsive Pleadings by **December 20, 2024**; and Defendants must file their Replies to Plaintiff's Responses to Defendants' Answers/Responsive Pleadings by **January 10, 2025**.

**SO ORDERED** this **25th day** of **October, 2024**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE